FILED
CLERK, U.S. DISTRICT COURT

MAR 21 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Khong Tu  DEFENDANT(S). | CASE NUMBER  SA 13-cr 00030-2  ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of __deft_____, IT IS ORDERED that a detention hearing is set for __Tuesday_____, __3/26/13__, at __2:00__ ☐a.m. / ☒p.m. before the Honorable ~~RALPH ZAREFSKY~~ Duty, U.S. MAGISTRATE JUDGE, in Courtroom __3 41 - Roy bd-1__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __3/21/13__        _____/s/ Ralph Zarefsky_____
                          U.S. District Judge/Magistrate Judge